HARRY SHERMAN v. GEORGE JESSEL, Impleaded with WARNER BROS. PICTURES, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRVING AUERBACH and Another v. ANNIE HOCHSTEIN.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GOLDYE MILLER v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHRISTOPHER HOULIHAN v. FREDERICK SNARE CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS MARKOWITZ v. THIRD AVENUE RAILWAY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS KAUFMAN and Another, Copartners, etc., v. AMERICAN RAILWAY EXPRESS COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE L. STIVERS v. MOSLER SAFE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NAHAN FRANKO v. ROMAN WET WASH LAUNDRY, INC., Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE W. RAWN v. FOURTEEN EAST SIXTIETH STREET HOTEL CORPORATION.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ESTHER ROSENBLATT v. ALEXANDER G. COON.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOPHIE POLOCHENY v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY. VERA POLOCHENY, an Infant, etc., v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SEABOARD INVESTING CO., INC., v. GUMPEL & NEAL, INC.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HATTIE BELLE NUTTRELLE v. TERRY HOLDING CO., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN PESSELNICK v. YELLOW TAXI CORPORATION. KATE PESSELNICK v. YELLOW TAXI CORPORATION. AARON BLOOM v. YELLOW TAXI CORPORATION.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL HOROWITZ v. CHARLES A. SEIFERD and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADELE SAFRAN v. JAMES A. LYONS and Another.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.